

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00015-CV

**TRINITY TOWING, INC.**,
Appellant

v.

Joshua **RUBIO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV03429
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we REVERSE the trial court's October 27, 2022 judgment and REMAND this cause for further proceedings. It is ORDERED that no costs be assessed against appellee in relation to this appeal because he qualifies as indigent under Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.

SIGNED October 18, 2023.

_____
Beth Watkins, Justice